IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN JOSHUA BROWN, | : |
| Petitioner, | : : : |
| V. | : : NO. 5:24-cv-00372-MTT-CHW |
| COFFEE CORRECTIONAL FACILITY, | : : : |
| Respondent. | : : : |

# ORDER

Petitioner has filed an incomplete 28 U.S.C. § 2254 petition for a writ of habeas corpus. Pet. for Writ of Habeas Corpus, ECF No. 1. In particular, Petitioner filled out only the first page of the habeas corpus form, and he attached to that a list of questions and a letter to the Court. Pet. for Writ of Habeas Corpus, ECF No. 1. Petitioner must fill out the entire form in order for this case to proceed. Therefore, Petitioner is now **ORDERED** to file a recast petition on the § 2254 form. In doing so, Petitioner must answer all of the questions on the form and submit the completed, signed form to this Court.

Additionally, Petitioner has not paid the $5.00 filing fee for a habeas corpus petition or moved for leave to proceed in this action *in forma pauperis*. Thus, if he wants to proceed with this case, Petitioner is **ORDERED** to either pay the $5.00 filing fee or submit a proper and complete motion to proceed *in forma pauperis*. To be complete, any such motion must include (1) an affidavit in support of his claim of indigence, and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C.

§ 1915(a)(1)-(2).

Therefore, as discussed above, Petitioner is now **ORDERED** to submit a recast 28 U.S.C. § 2254 petition and either pay the $5.00 filing fee or file a motion to proceed without prepayment of the filing fee.   Petitioner shall have **FOURTEEN (14) DAYS** from the date of this order to file his recast petition and either pay the filing fee or seek leave to proceed *in forma pauperis*.  Petitioner's failure to fully and timely comply with this order may result in the dismissal of this action.  Additionally, Petitioner must notify the Court in writing as to any change in his mailing address while this case is pending.

The Clerk is **DIRECTED** to forward Petitioner a blank 28 U.S.C. § 2254 form and a motion to proceed *in forma pauperis* with the appropriate account certification form, along with his service copy of this order (with the civil action number appearing on all). There shall be no service of process in this case until further order of the Court.

**SO ORDERED and DIRECTED**, this 30th day of October, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge