IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ALLEN JOSHUA BROWN,** | : | |
| **Petitioner,** | : : : | |
| V. | : : | NO. 5:24-cv-00372-MTT-CHW |
| **COFFEE CORRECTIONAL FACILITY,** | : : : : | |
| **Respondent.** | : : | |

## ORDER OF DISMISSAL

Petitioner Allen Joshua Brown filed an incomplete 28 U.S.C. § 2254 petition for a writ of habeas corpus. ECF No. 1. As a result, he was ordered to recast his petition on a completed § 2254 form. ECF No. 3. Additionally, Petitioner was ordered to either pay the $5.00 filing fee for a habeas corpus petition or submit a proper and complete motion to proceed *in forma pauperis*. *Id.*

Petitioner was given fourteen days to recast his petition and either pay the filing fee or move for leave to proceed *in forma pauperis*. More than fourteen days passed following entry of that order. Although Petitioner filed a recast petition, ECF No. 4, he did not pay the filing fee or move for leave to proceed *in forma pauperis*. Accordingly, Petitioner was ordered to show cause to the Court why this case should not be dismissed based on his failure to either pay the $5.00 filing fee or move for leave to proceed in this action *in forma pauperis*. ECF No. 5. Petitioner was given fourteen days to respond and was cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

More than fourteen days have now passed since the show cause order was entered,

and Petitioner has not responded to that order. Therefore, because Petitioner has failed to respond to the Court's orders and has otherwise failed to prosecute this case, it is hereby **ORDERED** that this action be **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 30th day of January, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT JUDGE