IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALLEN JOSHUA BROWN, | * |
| Petitioner, | * |
| v. | Case No. 5:24-cv-00372-MTT-CHW |
| | * |
| COFFEE CORRECTIONAL FACILITY, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 30, 2025, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 30th day of January, 2025.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk